**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **William N. Hinrichs,** | |
| **Plaintiff,** | **1:25-cv-04273 (SDA)** |
| **-against-** | **ORDER** |
| **Frank Bisignano, Commissioner of Social Security,** | |
| **Defendant.** | |

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on January 16, 2026, Defendant filed a motion to remand the decision of the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g) and dismiss the Complaint (Def.'s Mot. to Remand, ECF No. 19); and

WHEREAS, on April 16, 2026, Plaintiff filed a Stipulation to Remand, stipulating and agreeing that the Commissioner's decision be reversed and remanded to the Commissioner, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, to include the opportunity for a new hearing and a new decision. (Pl.'s Stip., ECF No. 22.)

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the Commissioner's motion to remand is GRANTED on consent. The Commissioner's decision is reversed, and this action is remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, to include the opportunity for a hearing and a new decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

The Clerk of Court is respectfully requested to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**SO ORDERED.**

DATED:  New York, New York
        April 20, 2026

_____
STEWART D. AARON
United States Magistrate Judge