**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
  William N. Hinrichs,

                              Plaintiff,              25 **CIVIL** 4273 (SDA)

        -v-                                           **JUDGMENT**


Frank Bisignano, Commissioner of Social
Security,
                              Defendant.
----------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated April 20, 2026, the Commissioner's motion to

remand is GRANTED on consent. The Commissioner's decision is reversed, and this action is

remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. §

405(g), for further administrative proceedings, to include the opportunity for a hearing and a new

decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:**  New York, New York

        April 20, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**

                                                K. mango
                              **BY:**
                                        _____
                                                **Deputy Clerk**